UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARREN T. CHEESEWRIGHT and
BRENDA J. CHEESEWRIGHT,   Case No.   11-15631

    Plaintiffs,   HONORABLE GERALD E. ROSEN

v.

BANK OF AMERICA,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the Opinion and Order, entered on February 21, 2013, granting defendant's Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiffs and the case is DISMISSED.

                          DAVID WEAVER

Dated: February 21, 2013         By: s/Julie Owens
                                     Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 21, 2013, by electronic and/or ordinary mail.

                           S/Julie Owens
                           Case Manager, (313) 234-5135